UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ORLANDO TOLBERT,

    Defendant.

_____/

Case No. 22-20454

Honorable Nancy G. Edmunds

### ORDER DENYING DEFENDANT'S LETTER REQUEST [33]

This matter is before the Court on Defendant Orlando Tolbert's letter requesting credit for time served in home confinement. (ECF No. 33.) It is the United States Attorney General through the Bureau of Prisons, however, not the sentencing court, that has the authority to compute sentencing credits. *See United States v. Wilson*, 503 U.S. 329, 335 (1992); *McClain v. Bureau of Prisons*, 9 F.3d 503, 505 (6th Cir. 1993). Defendant may challenge the Bureau's calculations, after the exhaustion of his administrative remedies, by filing a habeas corpus petition pursuant to 28 U.S.C. § 2241 in the district where he is confined. *See McClain*, 9 F.3d at 505.

For the foregoing reasons, Defendant's letter request is DENIED.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: April 30, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 30, 2024, by electronic and/or ordinary mail.

s/Amanda Chubb
Case Manager